UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shaquan M. Seth,

       **Plaintiff,**

 -against-

The City of New York et al.,

       **Defendants.**

1:19-cv-01960 (AJN) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

  The Court is in receipt of four Marshals' Process Receipt and Return of Service Executed Forms confirming service of Plaintiff's Amended Complaint upon Defendants Gilberto Mercedes (ECF No. 39), Patricio Ovando (ECF No. 41), Vincent Sanchez (ECF No. 42) and Olivia Carvajal Hernandez (ECF No. 43), dated December 4, 2019 and December 12, 2019. According to these service forms, the Defendants' answers or responses to Plaintiff's Amended Complaint are due December 18, 2019, December 20, 2019 and December 23, 2019.

  In light of the Report and Recommendation issued by the undersigned recommending this matter be dismissed (*see* ECF No. 40), all Defendants' time to respond or answer to Plaintiff's Amended Complaint is adjourned *sine die*.

  The clerk of the court is instructed to send a copy of this by first-class mail to *pro se* Plaintiff.

**SO ORDERED.**

DATED: New York, New York
December 18, 2019

_____
STEWART D. AARON
United States Magistrate Judge